# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 1, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142117 (74)
142118

CHARTER TOWNSHIP OF HARING,
      Plaintiff-Appellant,

v

CITY OF CADILLAC,
      Defendant-Appellee.

SC: 142117
COA: 292122
Wexford CC: 08-020967-CK

_____

TOWNSHIP OF SELMA,
      Plaintiff-Appellant,

and

TOWNSHIP OF CLAM LAKE,
      Plaintiff,

v

CITY OF CADILLAC,
      Defendant-Appellee.

SC: 142118
COA: 292164
Wexford CC: 08-021381-CK

_____

      On order of the Chief Justice, the motion by the Michigan Municipal League for leave to file a brief *amicus curiae* is considered and it is granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 1, 2011

_____
Clerk